UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| In re: | * |
| MARYLAND PROPERTY ASSOCIATES, INC., et al., | * |
| Debtors. | * |
| * * * * * * * * | Bankruptcy No. 00-5578<br>Civil Case No. S02-4010 |
| COLOMBOBANK, F.S.B., Appellant | * |
| v. | * |
| CHARLES R. GOLDSTEIN, TRUSTEE, Appellee. | * |
| * * * * * * * * * * * * * | |

**CONSENT MOTION FOR SHORT**
**MODIFICATION OF THE BRIEFING SCHEDULE**

Charles R. Goldstein, the Chapter 7 Trustee and Appellee (the "Trustee") and ColomboBank, F.S.B. ("ColomboBank"), through their respective undersigned counsel, hereby file this Consent Motion for Short Modification of the Briefing Schedule (the "Motion"), and respectfully represent as follows:

1. The pending action is an appeal of the Order of the Bankruptcy Court avoiding certain fraudulent transfers and entering judgment against ColomboBank and in favor of the Trustee.

2. By its Order of February 4, 2003, this Court modified the briefing schedule to allow ColomboBank to file its appeal brief on February 7, 2003. Pursuant to that Order, the Appellee's brief was due on March 10, 2003.

3. Due to the inclement weather recently, counsel for the Trustee has been delayed in preparing the Appellee's brief. Counsel for the Trustee requests, and counsel for ColomboBank has consented to, a short one-week extension until March 17, 2003.

WHEREFORE, the Trustee and ColomboBank respectfully request that this Court enter an order (i) granting the Motion, (ii) extending the time until March 17, 2003 for the Trustee to file the Appellee's brief and (iii) granting such other relief as is just and proper.

Dated: March 5, 2003.

| | |
|---|---|
| /s/ Charles M. Campisi<br>John A. Roberts<br>Federal Bar No. 04969<br>Charles Campisi<br>Federal Bar No. 24119<br>Venable, Baetjer and Howard, LLP<br>1800 Mercantile Bank and Trust Building<br>Two Hopkins Plaza<br>Baltimore, Maryland 21201<br>(410) 244-7400 | /s/ By Charles M. Campisi, with permission for,<br>Stephen Nichols<br>Federal Bar No. 08194<br>Deckelbaum Ogens & Raftery, Chtd.<br>3 Bethesda Metro Center<br>Suite 200<br>Bethesda, Maryland 20814<br>(301) 961-9200 |
| Attorneys for Charles R. Goldstein,<br>Chapter 7 Trustee and Appellee | Attorneys for ColomboBank, F.S.B.,<br>Appellant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March, 2003, a copy of the foregoing Consent Motion for Short Modification of the Briefing Schedule, along with a proposed form of Order thereon, was served via telecopier and United States first class mail, postage prepaid, to Stephen Nichols, Deckelbaum Ogens & Raftery, Chtd., 3 Bethesda Metro Center, Suite 200, Bethesda, Maryland 20814, Attorneys for ColomboBank, F.S.B., Appellant.

/s/ Charles M. Campisi
Charles M. Campisi

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| In re: * | |
| MARYLAND PROPERTY ASSOCIATES, INC., * et al., | |
| * | |
| Debtors. | |
| * | |
| * * * * * * * * | Bankruptcy No. 00-5578<br>Civil Case No. S02-4010 |
| COLOMBOBANK, F.S.B., * Appellant | |
| * | |
| v. | |
| * | |
| CHARLES R. GOLDSTEIN, TRUSTEE, Appellee. * | |
| * * * * * * * * * * * * * | |

**ORDER GRANTING CONSENT MOTION FOR**
**<u>SHORT MODIFICATION OF BRIEFING SCHEDULE</u>**

Upon consideration of the Consent Motion for Short Modification of the Briefing Schedule (the "Consent Motion"), and for cause shown, it is this \_\_\_\_ day of _____, 2003, by United States District Court for the District of Maryland,

ORDERED that the Consent Motion be, and hereby is, GRANTED; and it is further,

**[Remainder of page intentionally left blank.]**

2

ORDERED that the briefs be filed according to the following schedule:

Appellee's Brief due March 17, 2003

Appellant's Reply Brief due April 1, 2003.

_____
FREDERICK SMALKING
United States District Judge

cc:   John A. Roberts
      Charles Campisi
      Venable, Baetjer and Howard, LLP
      1800 Mercantile Bank and Trust Building
      Two Hopkins Plaza
      Baltimore, Maryland 21201

      Stephen Nichols
      Deckelbaum Ogens & Raftery, Chtd.
      3 Bethesda Metro Center, Suite 200
      Bethesda, Maryland 20814