```
             IN THE UNITED STATES DISTRICT COURT FOR
            THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                                    *
ColomboBank, F.S.B.,
                                    *
    Appellant,
                                    *
v.
                                    *    CIVIL NO:  WDQ-02-4010
CHARLES GOLDSTEIN, Trustee
of the Estate of Maryland           *
Property Associates, Inc.,
et al.,                             *

    Appellee.                       *

*   *   *   *   *   *   *   *   *   *   *   *   *
```

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 16th day of July 2003, hereby ORDERED:

1.   That the evidentiary and procedural decisions of the Bankruptcy Court BE, and they hereby ARE, AFFIRMED;

2.   That the judgment from which this appeal is taken BE, and it hereby IS, AFFIRMED in the amount of $5,751.61;

3.   That the judgment BE, and it hereby IS, REVERSED in the amount of $233,000;

4.   That the remainder of the judgment BE, and it hereby IS, VACATED;

5.   That the case BE REMANDED to the Bankruptcy Court for further proceedings consistent with this opinion; and

6.   That the Clerk of the Court transmit copies of this Order and the Memorandum Opinion to counsel for the parties and to Chief Bankruptcy Judge Schneider.

```
               /S/
    _____
    William D. Quarles, Jr.
    United States District Court Judge
```