UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| COLOMBOBANK, F.S.B., | : |
| Appellant, | : |
| vs. | : Civil No. WDQ-02-4010 |
| CHARLES R. GOLDSTEIN, Trustee of the Estate of Maryland Property Associates, Inc., et al., | : |
| Appellee. | : |

**ORDER DENYING
MOTION FOR REHEARING ON ORDER REVERSING
JUDGMENT OF THE BANKRUPTCY COURT**

Upon consideration of the Motion for Rehearing on Order Reversing Judgment of the Bankruptcy Court (the "Motion") filed by appellee Charles R. Goldstein, Trustee of the Estate of Maryland Property Associates, Inc. (the "Trustee"), and upon consideration of the opposition thereto (the "Opposition") filed by appellant ColomboBank, F.S.B. ("ColomboBank"), the Court having concluded that no cause exists to grant the relief requested in the Motion, it is, this ___ day of _____, 2003

ORDERED: that ColomboBank's Opposition is sustained; and it is further

ORDERED: that the Trustee's Motion is denied.

_____
William D. Quarles, Jr., Judge
U.S. District Court for the
District of Maryland

cc:
    Nelson Deckelbaum, Esq.
    DECKELBAUM OGENS & RAFTERY, CHTD.
    3 Bethesda Metro Center
    Suite 200
    Bethesda, MD  20814

    John Roberts, Esq.
    VENABLE, BAETJER & HOWARD, LLP
    1800 Mercantile Bank & Trust Bldg.
    2 Hopkins Plaza
    Baltimore, MD  21201