### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| COLOMBOBANK, FSB, | * |
| Appellant, | * |
| v. | *   Civil No. WDQ-02-4010 |
| CHARLES R. GOLDSTEIN, Trustee of the Estate of Maryland Property Associates, Inc., et al., | * * |
| Appellee. | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### REQUEST FOR HEARING ON MOTION FOR REHEARING ON ORDER REVERSING JUDGMENT OF THE BANKRUPTCY COURT

Charles R. Goldstein, Trustee, by his undersigned counsel, hereby requests that the Court schedule a hearing on the Motion for Rehearing on Order Reversing Judgment of the Bankruptcy Court.

August 28, 2003.                /s/ Charles M. Campisi
                                John A. Roberts
                                Fed. Bar No. 04969
                                Charles M. Campisi
                                Fed. Bar No. 024119
                                Venable LLP
                                1800 Mercantile Bank & Trust Bldg.
                                Two Hopkins Plaza
                                Baltimore, Maryland 21201
                                (410) 244-7400

                                Attorneys for Charles R. Goldstein, Trustee

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of August, 2003, a copy of the Request for Hearing on the Motion for Rehearing re Order Reversing the Bankruptcy Court was served via electronic mail and the ECF system on Nelson Deckelbaum, Esquire and Stephen Nichols, Esquire, Deckelbaum, Ogens & Raftery, 3 Bethesda Metro Center, Suite 200, Bethesda, Maryland 20814.

/s/ Charles M. Campisi
Charles M. Campisi