UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **COLOMBOBANK, F.S.B.,** : | |
| : | |
| Appellant, : | |
| : | |
| vs. : | Civil No. WDQ-02-4010 |
| : | |
| **CHARLES R. GOLDSTEIN**, Trustee of : | |
| the Estate of Maryland Property : | |
| Associates, Inc., et al., : | |
| : | |
| Appellee. : | |
| : | |

## NOTICE OF APPEAL

Notice is hereby given that ColomboBank, F.S.B. ("ColomboBank"), the defendant/appellant in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order entered herein on the 29th day of August, 2003.

Date: September 15, 2003.

                                        Respectfully submitted,
                                        DECKELBAUM OGENS & RAFTERY, CHTD.

                              By:   /s/ Stephen Nichols
                                        Nelson Deckelbaum
                                        Md. Fed. Bar No. 01249
                                        Stephen Nichols
                                        Md. Fed. Bar No. 08194
                                        3 Bethesda Metro Center, Suite 200
                                        Bethesda, MD  20814
                                        (301) 961-9200

                                        *Attorneys for ColomboBank, F.S.B.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of September, 2003 a copy of the foregoing Notice of Appeal was mailed, via first class mail, postage prepaid, to the following:

John Roberts, Esq.
Charles Campisi, Esq.
VENABLE, BAETJER & HOWARD, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD  21201

/s/ Stephen Nichols
Stephen Nichols