UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| COLOMBOBANK, F.S.B., | : |
| Appellant, | : |
| vs. | : Civil No. WDQ-02-4010 |
| CHARLES R. GOLDSTEIN, Trustee of the Estate of Maryland Property Associates, Inc., et al., | : |
| Appellee. | : |

**APPELLANT'S DESIGNATION OF THE ITEMS**
**TO BE INCLUDED IN RECORD ON APPEAL**

ColomboBank, F.S.B., the appellant, pursuant to Fed. R. App. P. 6 (b)(2)(B), designates the following items to be included in the record on the appeal of this matter to the United States Court of Appeals for the Fourth Circuit:

| Docket # | Description |
|---|---|
| 1 | Record on Appeal from the Bankruptcy Court |
| 7 | Appellant's Brief |
| 10 | Appellee's Brief |
| 11 | Appellant's Reply Brief |
| 13 | Memorandum Opinion and Order |
| 14 | Order |
| 15 | Motion for Reconsideration |
| 16 | Response in Opposition to Motion for Reconsideration |

| | |
|---|---|
| 17 | Reply to Response to Motion for Reconsideration |
| 19 | Memorandum Opinion and Order |
| 20 | Notice of Appeal |

Date:   September 25, 2003.

          Respectfully submitted,
          DECKELBAUM OGENS & RAFTERY, CHTD.


By:   /s/ Stephen Nichols
      Nelson Deckelbaum
      Md. Fed. Bar No. 01249
      Stephen Nichols
      Md. Fed. Bar No. 08194
      3 Bethesda Metro Center
      Suite 200
      Bethesda, MD  20814
      (301) 961-9200

Attorneys for Colombo Bank, F.S.B.