UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **COLOMBOBANK, F.S.B.,** : | |
| : | |
| Appellant, : | |
| : | |
| vs. : | Civil No. WDQ-02-4010 |
| : | |
| **CHARLES R. GOLDSTEIN,** Trustee of : | |
| the Estate of Maryland Property : | |
| Associates, Inc., et al., : | |
| : | |
| Appellee. : | |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 21

ColomboBank, F.S.B. (the "Bank") hereby withdraws the pleading entitled "Designation of Record on Appeal" (Docket No. 21) electronically filed herein on September 25, 2003. This was filed in error. The correct Designation of Record on Appeal was subsequently filed as Docket No. 23

Date: September 25, 2003.

                                                 Respectfully submitted,
                                               DECKELBAUM OGENS & RAFTERY,
                                               CHTD.

By:   /s/ Stephen Nichols
        Stephen Nichols
        Md. Fed. Bar No. 08194
        3 Bethesda Metro Center
        Suite 200
        Bethesda, MD  20814
        (301) 961-9200

Attorneys for Colombo Bank, F.S.B.