## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| **COLOMBO BANK, F.S.B.,** | : | |
| | : | |
| **Appellant,** | : | |
| **vs.** | : | **Civil No. WDQ-02-4010** |
| | : | |
| **CHARLES B. GOLDSTEIN,** | : | |
| **Chapter 7 Trustee of the Estate of** | : | |
| **Maryland Property Associates, Inc., et al.** | : | |
| | : | |
| **Appellee.** | : | |
| | : | |
| _____ | : | |

## ORDER STAYING EXECUTION PENDING APPEAL

This matter comes before the Court on the motion of the defendant Colombo Bank, F.S.B. to waive the giving of supersedeas and to stay execution pending the appeal of the judgment in this case entered on August 29, 2003 and it

APPEARING TO THE COURT that good cause exists in that Colombo Bank has ample liquid assets available to satisfy the judgment entered herein, will maintain the same level of solvency during the pendency of the appeal and that the requirement of supersedeas is unnecessary, it is by the Court

ORDERED, ADJUDGED AND DECREED that the giving of supersedeas be and is hereby waived and that execution of the August 29, 2003 judgment is stayed pending a

resolution of the issues presented in the appeal to the United States Court of Appeals for

the Fourth Circuit.

SO ORDERED this _____ day of _____, 2003.

_____

William B. Quarles, Jr.
United States District Court Judge

cc:    John Roberts, Esquire
       Charles Campisi, Esquire
       VENABLE, BAETJER & HOWARD, LLP
       1800 Mercantile Bank & Trust Building
       2 Hopkins Plaza
       Baltimore, Maryland 21201
       Counsel for the Plaintiff Charles Goldstein

       Nelson Deckelbaum, Esquire
       Stephen Nichols, Esquire
       DECKELBAUM OGENS & RAFTERY, CHTD.
       3 Bethesda Metro Center
       Suite 200
       Bethesda, Maryland 20814
       Counsel for Defendant Colombo Bank

       Office of the United States Trustee
       300 W. Pratt Street
       Suite 350
       Baltimore, Maryland 21201