Case 1:02-cv-04010-WDQ   Document 25-4   Filed 09/26/2003   Page 1 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Baltimore

In re:

| | |
|---|---|
| MARYLAND PROPERTY ASSOCIATES, INC., | Case No. 98-5-3783-JS |
| MARYLAND PROPERTY MANAGEMENT, INC., | Case No. 98-5-5938-JS |
| MARYLAND PROPERTY GROUP, INC., | Case No. 98-5-5939-JS |
| MARYLAND GROUP MANAGEMENT, INC., | Case No. 98-5-5940-JS |
| MARYLAND PROPERTY SYSTEMS, INC., and | Case No. 98-5-5941-JS |
| MARYLAND PROPERTY SERVICES, INC., | Case No. 98-5-5942-JS |

Debtors

CHARLES B. GOLDSTEIN,
Chapter 7 Trustee,

Plaintiff,

vs.

COLOMBO BANK, F.S.B.,

Defendant.

ENTERED
OCT 2 8 2002
CLERK'S OFFICE
U. S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

Adversary Proceeding
No. 00-5578-JS

## ORDER STAYING EXECUTION PENDING APPEAL

This matter comes before the Court on the motion of the defendant Colombo Bank, F.S.B. to waive the giving of supersedeas and to stay execution pending the appeal of the judgment in this case entered on October 16, 2002 and it

APPEARING TO THE COURT that good cause exists in that Colombo Bank has ample liquid assets available to satisfy the judgment entered herein, will maintain the

019600

same level of solvency during the pendency of the appeal and that the requirement of supersedeas is unnecessary, it is by the Court

ORDERED, ADJUDGED AND DECREED that the giving of supersedeas be and hereby waived and that execution of the October 16, 2002 judgment is stayed pending a resolution of the issues presented in the appeal to the District Court.

SO ORDERED this 25th day of October, 2002.

James F. Schneider
Chief Judge, United States Bankruptcy Court
For the District of Maryland

cc:  John Roberts, Esquire
Charles Campizi, Esquire
John Prisbi, Esquire
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
Counsel for the Plaintiff Charles Goldstein

Nelson Deckelbaum, Esquire
Stephen Nichols, Esquire
3 Bethesda Metro Center
Suite 200
Bethesda, Maryland 20814
Counsel for Defendant Colombo Bank

Office of the United States Trustee
300 W. Pratt Street
Suite 350
Baltimore, Maryland 21201