UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

COLOMBO BANK, F.S.B.,

        Appellant,

vs.                                      Civil No. WDQ-02-4010

CHARLES B. GOLDSTEIN,
Chapter 7 Trustee of the Estate of
Maryland Property Associates, Inc., et al.

        Appellee.

## DECLARATION OF R. HUGH RIAL, JR.

R. Hugh Rial, Jr., the declarant herein, declares as follows pursuant to 28 U.S.C. §1746:

1    I am over twenty-one years of age and am otherwise competent to make this declaration. have personal knowledge of the facts set forth herein.

2.    I am the president of Colombo Bank. The facts and circumstances set forth herein are based upon my personal knowledge.

3.    Colombo Bank is a federally insured savings bank. Attached hereto as Exhibit 1 is a true and correct copy of the Bank's most recent Statement of Condition. This document is prepared in the normal course of Colombo Bank's business and is information regularly reported to me by the Bank's financial officer. To the best of my knowledge and belief, it accurately reflects the financial condition of the Bank as of August 31, 2003.

4.    The Bank's current financial condition is substantially similar to the condition reflected in Exhibit 1

5.  It is my expectation that the Bank's financial condition will remain substantially similar to the condition reflected in Exhibit 1 during the pendency of the appeal in this matter.

AND FURTHER DECLARANT SAYETH NOT.

Pursuant to 28 U.S.C. §1746, I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25 th day of September, 2003.

R. Hugh Rial, Jr.

## Colombo Bank
## Statement of Condition

|  | Aug 31, 2003 |
|---|---:|
| **Assets** | |
| Cash and Due From Banks | 1,836,007.22 |
| Interest-Bearing Deposits | 0.00 |
| Federal Funds Sold | 12,430,737.58 |
| Investment Securities - Held To Maturity | 1,011,615.96 |
| Investment Securities - Available For Sale | 1,000,630.00 |
| Loans Held for Sale | 3,194,575.00 |
| Loans Receivable | 70,061,797.03 |
| Less: Allowance for Loan Losses | (843,291.40) |
| Net Loans Receivable | 69,218,505.63 |
| Premises and Equipment - Net | 585,885.33 |
| Other Real Estate Owned | 159,446.56 |
| Other Assets | 798,346.16 |
| **Total Assets** | **90,235,749.44** |
| **Liabilities and Stockholder's Equity** | |
| Demand Deposits | 9,625,576.71 |
| NOW Accounts | 6,679,637.12 |
| Savings Deposits | 6,083,293.51 |
| Money Market Accounts | 30,691,041.48 |
| Certificates of Deposit Under $100,000 | 16,138,246.25 |
| Certificates of Deposit Over $100,000 | 12,377,499.44 |
| Total Deposits | 81,595,294.51 |
| Repurchase Agreements | 843,578.14 |
| Other Borrowed Money | 0.00 |
| Accrued Expenses and Other Liabilities | 402,732.59 |
| **Total Liabilities** | **82,841,605.24** |
| Common Stock | 178,571.00 |
| Additional Paid-In Capital | 2,949,187.34 |
| Unrealized Gains/(Losses) on AFS Securities | 409.50 |
| Retained Earnings | 4,265,976.36 |
| **Total Stockholder's Equity** | **7,394,144.20** |
| **Total Liabilities and Stockholder's Equity** | **90,235,749.44** |