IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|  |  |
|---|---|
| COLOMBO BANK, F.S.B., | * |
| Appellant, | * |
| v. | * |
|  | *    CIVIL NO: WDQ-02-4010 |
| CHARLES GOLDSTEIN, Trustee of the Estate of Maryland Property Associates, Inc., et al., | * |
| Appellee. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 3rd day of November 2003, ORDERED:

1. That the Appellant's motion to waive supersedeas bond and stay execution pending appeal BE, and HEREBY IS, GRANTED IN PART and DENIED IN PART;

2. That the Appellant's motion to stay execution pending appeal BE, and HEREBY IS, GRANTED upon its posting of a supersedeas bond within 10 days of the date of this order; and

3. That the Clerk of the Court send copies of this Memorandum Opinion and Order to counsel for the parties.

                                                /s/
                                     William D. Quarles, Jr.
                                     United States District Judge