UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **COLOMBO BANK, F.S.B.,** : | |
| : | |
| Appellant, : | |
| vs. : | Civil No. WDQ-02-4010 |
| : | |
| **CHARLES B. GOLDSTEIN,** : | |
| Chapter 7 Trustee of the Estate of : | |
| Maryland Property Associates, Inc., et al. : | |
| : | |
| Appellee. : | |
| : | |
| _____ : | |

ORDER VACATING 11/03/03 ORDER
AND GRANTING OTHER RELIEF

Upon consideration of the Emergency Motion for Reconsideration of 11/03/03 Order Denying in Part Appellant's Motion to Waive Supersedeas Bond ("Reconsideration Motion") filed by Colombo Bank, F.S.B. ("Colombo Bank") asking this Court to reconsider its Order entered on November 3, 2003 (the "Order"), and upon consideration of any response thereto filed by Charles Goldstein (the "Trustee"), for cause shown, it is this ___ day of November, 2003

ORDERED: that the Order is vacated; and it is further

ORDERED: that beginning in December, 2003, no later than the 30th day of each month (or if the 30th day occurs on a weekend or other legal holiday, on the next business day occurring thereafter) Colombo Bank shall transmit to counsel to the Trustee a copy of its Statement of Condition for the prior calendar month; and it is further

ORDERED: if Colombo Bank's Total Assets or its Total Stockholder's Equity ever decrease by more than 10% of their levels listed on the August 31, 2003 Statement

of Condition, the Trustee may request the entry of an order requiring Colombo Bank to post a supersedeas bond in the amount of $500,000.00.

                                                                               _____
William D. Quarles, Judge
U.S. District Court for the
District of Maryland

cc:
    Nelson Deckelbaum, Esq.
    DECKELBAUM OGENS & RAFTERY, CHTD.
    3 Bethesda Metro Center
    Suite 200
    Bethesda, MD  20814

    John Roberts, Esq.
    Charles Campisi, Esq.
    VENABLE, LLP
    2 Hopkins Plaza
    1800 Mercantile Bank & Trust Bldg.
    Baltimore, MD  21201